FILED '07 MAR 15 1452 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAMEION DOUGLAS,

        Plaintiff,        Civil No. 06-1550-AA

    v.                       ORDER

SUPERINTENDENT JEAN HILL,
et al.,

        Defendants.

AIKEN, District Judge.

    Plaintiff has not established that there is no genuine issue as to any material fact remaining in this case and that he is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c).

    Accordingly, plaintiff's Motion for Summary Judgment

1 - ORDER

(#13) is denied.

    IT IS SO ORDERED

    DATED this __15__ day of March, 2007.

                                       Ann Aiken
                                       United States District Judge