```
                  IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF OREGON

DAMEION DOUGLAS,

            Plaintiff,           Civil No. 06-1550-AA

       v.                        ORDER

SUPERINTENDENT JEAN HILL,
et. al,

            Defendants.
```

AIKEN, District Judge.

    Plaintiff has not established that there are no genuine issues of material fact remaining in this case and that he is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). Accordingly, plaintiff's Motion for Summary Judgment (#9) is denied.

    Plaintiff's Motion to Compel (#22) is denied on the ground that discovery in this case has been stayed pending the court's ruling on defendants' Un-enumerated 12B Motion to

1 - ORDER

Dismiss (#18) which will be taken under advisement by the court on April 9, 2007.

DATED this __3__ day of April, 2007.

                                          /s/ Ann Aiken
                                          Ann Aiken
                                          United States District Judge