IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF OREGON

| | |
|---|---|
| DAMEION DOUGLAS<br>Plaintiff, | District Court No. 06-1550--AA |
| v. | AFFIDAVIT OF<br>DAMEION DOUGLAS<br>IN SUPPORT OF MOTION |
| JEAN HILL, et, al.,<br>Defendants | FOR EXTENSION OF TIME<br>TO FILE NOTICE OF APPEAL |

STATE OF OREGON     )
                    )ss.
County of Malheur   )

I, Dameion Douglas, being first duly sworn, depose and say:

1. I'm currently confused with the court's order affirming it's dismissal of my 1983 because the court had not received my motion for extension of time to file a response to the defendants response to my motion for reconsideration.

2. I'm currently indigent and need an additional 30 days in which to get the proper paper work in order to prove to the court that I'm indigent so that I can file a notice of appeal.

3. This motion is made in good faith and not to delay the proceedings.

State of Oregon

County of Malheur

Signed and sworn before me on _Sept 21_, 2007 by _Damien Douglas_

_Jo Anne Bishop_
Notary Public-State of Oregon

My Commission expires: 06/03/10

OFFICIAL SEAL
JO ANNE BISHOP
NOTARY PUBLIC-OREGON
COMMISSION NO. 406285
MY COMMISSION EXPIRES JUNE 03, 2010